UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



------------------------------------X
WEI ZHANG, derivatively on behalf of
PARETEUM CORPORATION,

      Plaintiff,

v.

ROBERT TURNER, EDWARD O'DONNELL,
DENIS MCCARTHY, VICTOR BOZZO, LUIS
JIMENEZ-TUNON, ROBERT LIPPERT,
LAURA HOLMES, and YVES VAN SANTE

      Defendants,
-and-

PARETEUM CORPORATION

      Nominal Defendant.
------------------------------------X

Case No. 1:19-cv-06811-WFK-CLP

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Wei Zhang hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: March 3, 2020

                              Respectfully submitted,

                              **THE BROWN LAW FIRM, P.C.**

Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Wei Zhang*

The application is ~~granted~~
SO ORDERED ~~denied~~

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: March 4, 2020
Brooklyn, New York